IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Plaintiff Pro Se Jeremy Collins | ) | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |
| v. | ) | |
| Defendants Merilee K. Waters; Oakton Community College a/k/a Community College District 535 | ) | Case No.: 13 cv 2797<br>Judge John W. Darrah<br>Magistrate Judge Daniel G. Martin |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Pro Se Jeremy Collins hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendants Merilee K. Waters and Oakton Community College a/k/a Community College District 535.

5/21/2013

Jeremy Collins, Plaintiff Pro Se

555 Hinman Avenue Apt. A3
Evanston, IL 60202
224-235-0733
panopticonpictures@gmail.com

FILED

MAY 21 2013
5-21-13
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT